```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 10828
   FELICIA RENEE BOYD
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY

            Debtor
   SSN XXX-XX-1009

----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 06/18/2007 and was not confirmed.

     The case was dismissed without confirmation 08/30/2007.
----------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
AMERICAN SERVICING        SECURED NOT I       .00          .00           .00
WELLS FARGO               UNSECURED      NOT FILED         .00           .00
MORGAN STANLEY MTG CAPIT  NOTICE ONLY    NOT FILED         .00           .00
CAPITAL ONE               UNSECURED       1022.09          .00           .00
BALLYS TOTAL FITNESS      SECURED NOT I       .00          .00           .00
CAPITAL ONE BANK          SECURED NOT I       .00          .00           .00
CORPORATE AMERICA FEDERA  SECURED NOT I       .00          .00           .00
GMAC                      SECURED NOT I       .00          .00           .00
AMERICAS SERVICING COMPA  CURRENT MORTG       .00          .00           .00
PRO SE DEBTOR             DEBTOR ATTY         .00                        .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

        Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                       --------------      --------------
TOTALS                      .00                   .00




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 10828 FELICIA RENEE BOYD
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/05/07 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |